**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JOSUE PAGUADA, Individually, and On
Of Others Similarly Situated,

      Plaintiff,

            1:22-cv-00835-JPC

   v.

BETTY DAIN CREATIONS, LLC

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its or his own legal fees and costs.

Dated: __June 27__, 2022

MIZRAHI KROUB LLP

By: _____
  Jarrett Charo
200 Vesey Street, 24th Floor/Mailroom
New York, New York 10281
(212) 595-6200

*Attorneys for Plaintiff*

PADUANO & WEINTRAUB LLP

By: __Alicia Valenti/MKS__
  Alicia Valenti
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100

*Attorneys for Defendant*

SO ORDERED: _____

_____
UNITED STATES DISTRICT JUDGE